UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 22-CR-20091-BLOOM (SEALED)

UNITED STATES OF AMERICA,
        Plaintiff,

V.

WILFREDO MATEO ORTIZ,
        Defendant(s).
_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is

thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED

DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 8/18/2022

_____
**Jonathan Goodman**
**UNITED STATES MAGISTRATE JUDGE**